# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, | JURY TRIAL DEMANDED |
| Plaintiff, | |
| v. | |
| UNIVERSITY HEALTH SYSTEM SERVICES OF TEXAS, INC., | Case No. 6:21-cv-01252-ADA |
| CENTRAL TEXAS COMMUNITY HEALTH CENTERS, d/b/a COMMUNITYCARE HEALTH CENTERS | Case No. 6:21-cv-01262-ADA |
| Defendants. | |

### ORDER

Before the Court is the Defendants' Opposed Joint Motion to Stay Pending Resolution of Epic Systems Corporation's Declaratory Judgment Action Against Plaintiff. The Court finds that the Motion should be and is hereby **GRANTED**.

SIGNED this ____ day of February, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE